AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| OSCAR ORMELLO, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>A. BIANCARDI & SONS, INC., doing business as BIANCARDI'S MEATS, and ANTHONY BIANCARDI and SALVATORE L. BIANCARDI, individually,<br><br>*Defendant(s)* | Civil Action No. 22 cv 4695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A. BIANCARDI & SONS, INC., doing business as BIANCARDI'S MEATS
2350 Arthur Avenue
Bronx, New York 10458

ANTHONY BIANCARDI                SALVATORE L. BIANCARDI
2350 Arthur Avenue               2350 Arthur Avenue
Bronx, New York 10458            Bronx, New York 10458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/7/2022                                    /s/ P. Canales
                                                  *Signature of Clerk or Deputy Clerk*

