UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OSCAR ORMELLO, et al.,

                            **Plaintiffs,**                    22-CV-04695 (AT)(SN)

     -against-                                    **ORDER**

A. BIANCARDI & SONS, INC., et al.,

                            **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Tuesday, February 14, 2023, the Honorable Analisa Torres assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      February 15, 2023
                 New York, New York