UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR ORMELLO, *on behalf of himself and others similarly situated*,

       Plaintiff,

-against-

A. Biancardi & Sons, Inc., *doing business as* Biancardi's Meats; *and* Anthony Biancardi; *and* Salvatore L. Biancardi,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2023

22 Civ. 4695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The case management conference scheduled for February 21, 2023, is ADJOURNED *sine die*.

  SO ORDERED.

Dated: February 16, 2023
   New York, New York

                   ANALISA TORRES
                   United States District Judge