UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OSCAR ORMELLO,

                               Plaintiff,                     22-CV-04695 (JGLC)(SN)

      -against-                                 **ORDER**

A. BIANCARDI & SONS, INC., et al.,

                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on July 25, 2023, and agreed to the terms of a settlement in principle. The parties are instructed to submit the executed settlement agreement for the Court's review no later than Thursday, August 24, 2023. The settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      July 25, 2023
                   New York, New York