UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR ORMELLO, *on behalf of Himself and others similarly situated*,

      Plaintiff,

-against-

A. BIANCARDI & SONS, INC., *doing business as* BIANCARDI'S MEATS, *and* ANTHONY BIANCARDI *and* SALVATORE L. BIANCARDI, *individually*,

      Defendants.

Case No.: 22 Civ. 4695
(SN)

---

The matter in the above-captioned action having been amicably resolved by and between the parties, and the court having approved the settlement as a fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party. The court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: New York, New York
   August 22, 2023

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiffs

_____
Peter H. Cooper, Esq.

**LAW OFFICES OF EDMOND J. PRYOR**
Attorneys for Defendants

_____
William G. Forero, Esq.

So Ordered: _____, M.J.