UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OSCAR ORNELLO,

                        Plaintiff,                      22-CV-04695 (SN)

        -against-                                         ORDER

A. BIANCARDI & SONS, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on July 25, 2023, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on August 23, 2023. ECF No. 34. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      August 24, 2023
                  New York, New York